**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA**

FILED

FEB 1 9 2025

U.S. DISTRICT COURT
ELKINS WV 26241

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| | **Criminal No.**  <u>1:25-CR- 8</u> |
| **v.** | |
| | **Violations:**   18 U.S.C. § 2 |
| **SHAYLA ANN JACKSON,** | 18 U.S.C. § 932(b)(1) |
| **AKEEM DESHAUN BROWN, and** | 18 U.S.C. § 932(c)(1) |
| **AUSTIN JACKSON,** | 18 U.S.C. § 924(a)(2) |
| | 18 U.S.C. § 924(a)(8) |
| **Defendants.** | 18 U.S.C. § 922(a)(6) |
| | 18 U.S.C. § 922(g)(9) |

## <u>INDICTMENT</u>

The Grand Jury charges that:

### <u>COUNT ONE</u>

(Conspiracy to Straw Purchase Firearm)

On or about July 20, 2023, in Harrison County, in the Northern District of West Virginia, the defendant, **SHAYLA ANN JACKSON**, did knowingly conspire to purchase a firearm, to wit: a FN model 510 tactical, 10mm pistol, Serial Number BBP0019582, in or otherwise affecting interstate or foreign commerce for, on behalf of, or at the request or demand of AKEEM DESHAUN BROWN, knowing or having reasonable cause to believe that AKEEM DESHAUN BROWN had previously been convicted of a misdemeanor crime of domestic violence, that is the offense of Domestic Battery,  in violation of Title 18, United States Code, Sections 932(b)(1) and 932(c)(1).

## COUNT TWO

(False Statement in Connection with the Acquisition of a Firearm)

On or about July 20, 2023, in Harrison County, in the Northern District of West Virginia, the defendant, **SHAYLA ANN JACKSON**, as counseled, commanded, induced, and procured by defendant **AKEEM DESHAUN BROWN**, in connection with the attempted acquisition of a firearm, that is a FN model 510 tactical, 10mm pistol, Serial Number BBP0019582, from a licensed dealer of firearms, knowingly made a false written statement that was intended and likely to deceive the dealer as to a fact material to the lawfulness of the sale of such firearm, that is the defendant, **SHAYLA ANN JACKSON**, represented on an ATF Form 4473 (Firearms Transaction Record) that she was the actual transferee/buyer of the firearm, when in truth and in fact, she attempted to purchase the firearm at the request of and for **AKEEM DESHAUN BROWN**, in violation of Title 18, United States Code, Sections 2, 922(a)(6) and 924(a)(2).

## <u>COUNT THREE</u>

(Straw Purchase)

On or about July 20, 2023, in Harrison County, in the Northern District of West Virginia, the defendant, **AUSTIN JACKSON**, did knowingly purchase a firearm, to wit: a FN, model Reflex, 9mm pistol, Serial Number CCW0004732, in or otherwise affecting interstate or foreign commerce for, on behalf of, or at the request or demand of AKEEM DESHAUN BROWN, knowing or having reasonable cause to believe that AKEEM DESHAUN BROWN had previously been convicted of a misdemeanor crime of domestic violence, that is the offense of Domestic Battery, in violation of Title 18, United States Code, Sections 932(b)(1) and 932(c)(1).

## COUNT FOUR

(False Statement in Connection with the Acquisition of a Firearm)

On or about July 20, 2023, in Harrison County, in the Northern District of West Virginia, the defendant, **AUSTIN JACKSON**, as counseled, commanded, induced, and procured by defendant **AKEEM DESHAUN BROWN**, in connection with the acquisition of a firearm, that is a FN, model Reflex, 9mm pistol, Serial Number CCW0004732, from a licensed dealer of firearms, knowingly made a false written statement that was intended and likely to deceive the dealer as to a fact material to the lawfulness of the sale of such firearm, that is the defendant, **AUSTIN JACKSON**, represented on an ATF Form 4473 (Firearms Transaction Record) that he was the actual transferee/buyer of the firearm, when in truth and in fact, he purchased the firearm at the request of and for **AKEEM DESHAUN BROWN**, in violation of Title 18, United States Code, Sections 2, 922(a)(6) and 924(a)(2).

## COUNT FIVE

(Straw Purchase)

On or about July 22, 2023, in Harrison County, in the Northern District of West Virginia, the defendant, **AUSTIN JACKSON**, did knowingly purchase a firearm, to wit: Sig Sauer, model Nightmare, .45 pistol, Serial Number 54A024230, 45, and Smith and Wesson, model Bodyguard .380 pistol, SN KFW6952, in or otherwise affecting interstate or foreign commerce for, on behalf of, or at the request or demand of AKEEM DESHAUN BROWN, knowing or having reasonable cause to believe that AKEEM DESHAUN BROWN had previously been convicted of a misdemeanor crime of domestic violence, in violation of Title 18, United States Code, Sections 932(b)(1) and 932(c)(1).

## COUNT SIX

(False Statement in Connection with the Acquisition of a Firearm)

On or about the July 22, 2023, in Harrison County, in the Norther District of West Virginia, the defendant, **AUSTIN JACKSON**, as counseled, commanded, induced, and procured by defendant **AKEEM DESHAUN BROWN**, in connection with the acquisition of two firearms, that is a Sig Sauer, model Nightmare, .45 pistol, Serial Number 54A024230, 45, and Smith and Wesson, model Bodyguard .380 pistol, Serial Number KFW6952, from a licensed dealer of firearms, knowingly made a false written statement that was intended and likely to deceive the dealer as to a fact material to the lawfulness of the sale of such firearms, that is the defendant, **AUSTIN JACKSON**, represented on an ATF Form 4473 (Firearms Transaction Record) that he was the actual transferee/buyer of the firearms, when in truth and in fact, he purchased the firearm at the request of and for **AKEEM DESHAUN BROWN**, in violation of Title 18, United States Code, Sections 2, 922(a)(6) and 924(a)(2).

## COUNT SEVEN

(Unlawful Possession of a Firearm)

On or about July 20, 2023, through July 26, 2023, in Harrison County, in the Northern District of West Virginia, defendant **AKEEM DESHAUN BROWN**, knowing that he had previously been convicted of a misdemeanor crime of domestic violence, that is the offense of Domestic Battery, in the Magistrate Court of Kanawha County, West Virginia, in Case No. 21-M20M-06620 (MC), on July 16, 2021; knowingly possessed a firearm and ammunition in and affecting interstate commerce, that is

1. FN, model Reflex, 9mm pistol, Serial Number CCW0004732;

2. Sig Sauer, model Nightmare, .45 pistol, Serial Number 54A024230; a

3. Smith and Wesson, model Bodyguard .380 pistol, Serial Number KFW6952;

4. Taurus, model PT11, 9mm pistol, Serial Number TUK10495;

5. Diamondback, model DB9, 9mm caliber pistol, Serial Number YM7673; and

6. Fiocchi brand 9x19mm caliber ammunition, model Range Dynamics, labeled as 124-grain full metal jacket,

in violation of Title 18, United States Code, Sections 922(g)(9) and 924(a)(8).

## FORFEITURE ALLEGATION

*Gun Control Act*

Pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d)(1), the government will seek the forfeiture of any firearm and any ammunition involved in or used in any knowing violation of Title 18, United States Code, Section 922(g), including:  (1) a Taurus, model G3C, 9mm pistol, Serial Number ADA887134; (2) a FN, model Reflex, 9mm pistol, Serial Number CCW0004732; (3) a Taurus, model PT11, 9mm pistol, Serial Number TUK10495; (4) a Diamondback, model DB9, 9mm caliber pistol, Serial Number YM7673; (5) a Sig Sauer, model Nightmare, .45 pistol, Serial Number 54A024230; (6) a Smith and Wesson, model Bodyguard .380 pistol, Serial Number KFW6952, (7) a Diamondback, model DB9, 9mm caliber pistol, Serial Number YM7673, (8) Fiocchi brand 9x19mm caliber ammunition, model Range Dynamics, labeled as 124-grain full metal jacket, and (9) associated magazines and ammunition.

A true bill,


/s/_____
Foreperson


/s/_____
RANDOLPH J. BERNARD
Acting United States Attorney

Christie S. Utt
Assistant United States Attorney

Morgan McKee
Assistant United States Attorney